**Dismissed; Opinion Filed November 9, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01259-CV

## ALLIANCE ROYALTIES, INC. AND ALLIANCE ROYALTIES, LLC, Appellants
### V.
## VENTOS ENTITIES AND DLNGR NR LLC, Appellees

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-14-02930-E

## MEMORANDUM OPINION
Before Justices Francis, Fillmore, and Stoddart
Opinion by Justice Stoddart

Before the Court is the joint motion to dismiss this appeal based on a settlement agreement between the parties. TEX. R. APP. P. 42.1. We **GRANT** the motion and **DISMISS** the appeal. TEX. R. APP. P. 43.2(f).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

151259F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALLIANCE ROYALTIES, INC. AND
ALLIANCE ROYALTIES, LLC, Appellants

No. 05-15-01259-CV      V.

VENTOS ENTITIES AND DLNGR NR
LLC, Appellees

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-14-02930-E.
Opinion delivered by Justice Stoddart.
Justices Francis and Fillmore participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellees recover their costs of this appeal from appellants.

Judgment entered this 9th day of November, 2016.